L. H. Beers, for appellant. C. D. Ingersoll, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SEED, Respondent, v. FAIRCHILD, Appellant (No. 2). Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by John H. Seed against Ben L. Fairchild. No opinion. Order affirmed, with $10 costs and disbursements.

In re SEIFERD. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) In the matter of the application of Lena Seiferd for an order directing Maurice Meyer, an attorney, to turn over moneys and property wrongfully withheld. No opinion. Order affirmed, with $10 costs and disbursements.

SERWER, Respondent, v. SERWER, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by Rosa Serwer against Morris Serwer. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce recovery of damages to the sum of $3,000, and extra allowance proportionately, in which case the judgment, as modified, is affirmed, without costs of this appeal to either party.

SHADOFF, Respondent, v. LINDNER, Appellant. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by Jacob Shadoff against Isidore Lindner. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re SHAFFER. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) In the matter of the proceedings for the disbarment of A. W. Shaffer as attorney and counselor. No opinion. Report of referee confirmed, and respondent disbarred and removed from his office of attorney and counselor.

SHATZKIN, Respondent, v. SOKOLSKY, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by Rose Shatzkin against Max Sokolsky. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

SILVER, Appellant, v. MURPHY, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Elizabeth E. Silver against Thomas J. Murphy. No opinion. Judgment and order affirmed, with costs.

SILVERNAIL v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Agnes Silvernail against the Metropolitan Street Railway Company. No opinion. Appeal dismissed.

SIMIS v. WHITE et al. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by William Simis against Charlotte White and another. No opinion. Order affirmed, with $10 costs and disbursements.

SIMMONS v. FARMERS' LOAN & TRUST CO. (Supreme Court, Appellate Division, First Department. May 15, 1903.) Action by Edith H. Simmons against the Farmers' Loan & Trust Company. No opinion. Motion granted, so far as to dismiss appeal.

SINGER, Appellant, v. SUN PRINTING & PUBLISHING ASS'N, Respondent. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Mendel Singer against the Sun Printing & Publishing Association. T. D. Adams, for appellant. F. Bartlett, for respondent. No opinion. Judgment and order affirmed, with costs.

SLADE, Appellant, v. HALE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 19, 1903.) Action by William H. Slade against Gertrude A. Hale, as executrix, etc., and individually.

PER CURIAM. Interlocutory judgment affirmed, with costs. Held, that the court has no jurisdiction of this action against the defendant as executrix; she being a foreign executrix, appointed and acting under the laws of the state of Illinois. Defendant, as such executrix, did not waive her objection to the jurisdiction of the court by appearing in the action and demurring for lack of jurisdiction. Flandrow v. Hammond, 13 App. Div. 325, 43 N. Y. Supp. 143; Wheelock v. Lee, 74 N. Y. 495. Also held, that this action is not maintainable against the defendant as executrix of an executor. Also held, that the complaint does not state a cause of action against the defendant individually.

SLADE v. HALE. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by William H. Slade against Gertrude A. Hale, as executrix, etc. No opinion. Motion for reargument denied, with $10 costs and disbursements.

SMITH, Respondent, v. BARBER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Ac-